FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATT GARCIA,<br>Plaintiff,<br>v.<br>ROWAN WILSON; MICHAEL ROSENTHAL; VANESSA FANG; and KEVIN MCCLANAHAN,<br>Defendants. | No. 2:26-CV-00308-SAB<br><br>**ORDER DISMISSING COMPLAINT; CLOSING FILE** |

On July 28, 2026, the Court dismissed Plaintiff's complaint with leave to file an amended complaint within 30 days. ECF No. 3. That deadline has passed, and no action has been taken.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to *pro se* Plaintiff, and **close** the file.

**DATED** this 21st day of September 2026.

Stan Bastian
Chief United States District Judge